UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF VIRGINIA

WILLIAM LEE GRANT II
         PLAINTIFF

6:19CV00013

CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED

MAR 28 2019

JULIA C. DUDLEY, CLERK
BY: /s/ F. Cale
DEPUTY CLERK

V

GREGORY K. HARRIS, AUSA
+ JOINT CHIEFS OF STAFF
         DEFENDANTS

COMPLAINT

28 USC 1346(b)(1); 28 USC 1391(b)(3)
U.S. CONST. AMEND IV; U.S. CONST. AMEND V; U.S. CONST. AMEND XIII
U.S. CONST. AMEND XIV

① THE U.S. DEPARTMENT OF JUSTICE (DOJ) WAIVED SOVEREIGN IMMUNITY BY REMOVING 16-CV-3245, 17-CV-3261, 19-CV-3001, AND 19-CV-3020 TO THE ILLINOIS CENTRAL DISTRICT FROM THE ILLINOIS SEVENTH CIRCUIT.

② THE ILLINOIS ATTORNEY GENERAL (ILAG) AND DOJ DEFAULTED IN 16-CV-3245 AND 17-CV-3261, AND FAILED TO DENY MR. GRANT'S ALLEGATIONS.

③ THE DOJ DEFAULTED IN 19-CV-3001 AND 19-CV-3020, AND FAILED TO DENY MR. GRANT'S ALLEGATIONS.

④ THE ILCD CLERK HAS REFUSED TO ENTER DEFAULT JUDGMENT AGAINST THE DOJ.

(5) THE JOINT CHIEFS OF STAFF (JCOS) CREATED MR. GRANT IN THE BASEMENT OF THE PENTAGON IN 1990 TO BE "THE JUDGE" AS TO WHETHER THE VIETNAM WAR CONSTITUTED WAR CRIMES.

(6) THE JCOS "DROPPED OFF" MR. GRANT IN SPRINGFIELD, IL IN 1992 WITH DR. BILL GRANT AND ARMENTA JOHNSON TO BE BEATEN, ENDURE PSYCHOLOGICAL WARFARE, AND BE THE UNITED STATES DEPARTMENT OF DEFENSE'S WITNESS TO THE 9/11 TERRORIST ATTACKS.

(7) THE JCOS KEPT MR. GRANT UNDER ILLEGAL SURVEILLANCE THROUGH "HACKING" HIS CELLULAR PHONE AND COMPUTER, AND PLACING MR. GRANT UNDER SATELLITE SURVEILLANCE.

(8) GREGORY K. HARRIS LEFT THE PENTAGON IN THE EARLY 1990's TO CONDUCT ILLEGAL SURVEILLANCE OF MR. GRANT THROUGH THE ILLINOIS CENTRAL DISTRICT U.S. ATTORNEY'S OFFICE BY "BRIBING" MR. GRANT'S FAMILY, PEERS, TEACHERS, CO-WORKERS, AND SUPERVISORS TO REPORT THE WORDS AND ACTIONS OF MR. GRANT TO AUSA GREGORY K. HARRIS.

(9) AUSA GREGORY K. HARRIS DIRECTED DR. MARTHA TRIBBET (OPTOMETRIST) TO GIVE MR. GRANT UNNECESSARY "CORRECTIVE LENSES" TO DIMINISH MR. GRANT'S VISION.

(10) AUSA GREGORY K. HARRIS DIRECTED MR. GRANT'S ORTHODONTIST TO DRILL THE ENAMEL OFF MR. GRANT'S TEETH.

(11) THE JCOS TOLD MR. GRANT IF HE DID NOT STABB DR. ▇▇▇ GRANT WHEN MR. GRANT TURNED SEVENTEEN, THE JCOS WOULD KILL DR. GRANT.

(12) MR. GRANT STABBED DR. GRANT WHEN MR. GRANT WAS SEVENTEEN.

(13) AUSA GREGORY K. HARRIS UNDERMINED MR. GRANT'S LEGAL DEFENSE FOR DOMESTIC BATTERY BY COLLUDING WITH MR. GRANT'S LAWYERS.



14) AUSA GREGORY K. HARRIS AND THE JCOS ENGINEERED A ~~~~ TRAFFIC STOP IN 2009 TO STRIP MR. GRANT OF ~~~~ HIS DRIVER'S LICENSE.

15) IN 2009, THE ILLINOIS STATE POLICE STOPPED MR. GRANT FOR AN ALLEGED IMPROPER LANE CHANGE. THE ILLINOIS STATE POLICE AND SANGAMON COUNTY STATE'S ATTORNEY'S OFFICE FAILED TO OBTAIN A WARRANT TO DRAW MR. GRANT'S BLOOD, AND FAILED TO MIRANDIZE MR. GRANT.

16) THE ILLINOIS STATE POLICE WROTE MR. GRANT MULTIPLE DRIVING UNDER THE INFLUENCE (DUI) TICKETS STEMMING FROM ONE TRAFFIC STOP.

17) THE SANGAMON COUNTY STATE'S ATTORNEY'S OFFICE FILED MULTIPLE DUI CHARGES AGAINST MR. GRANT STEMMING FROM ONE TRAFFIC STOP.

18) AUSA GREGORY K. HARRIS UNDERMINED MR. GRANT'S LEGAL DEFENSE BY COLLUDING WITH MR. GRANT'S LAWYERS.

19) MR. ~~~~ GRANT WAS SOBER.

20) THE JCOS FORCED MR. GRANT TO "ACT GAY" FOR MORE THAN SEVEN (7) YEARS UNDER THE THREAT THAT IF MR. GRANT DID NOT, THE JCOS WOULD SEND SOMEONE TO RAPE MR. GRANT.

21) D.K. HIRNER MADE AN AGREEMENT WITH THE JCOS IN THE EARLY 1990's TO HIRE MR. GRANT IN THE FUTURE.

22) D.K. HIRNER ~~~~ (IL LT. GOVERNOR SHEILA SIMON'S CHIEF OF STAFF) HIRED MR. GRANT IN 2011 AS A POLICY ANALYST IN THE OFFICE OF THE IL LT. GOVERNOR'S OFFICE.

23) ANN L. SCHNEIDER MADE AN AGREEMENT WITH THE JCOS IN THE EARLY 1990's TO HIRE MR. GRANT IN THE FUTURE.

24) ANN L. SCHNEIDER (SECRETARY OF THE IL DEPT OF TRANSPORTATION) HIRED MR. GRANT IN 2012 AS A STAFF ASSISTANT WITH THE IL DEPT OF TRANSPORTATION.

25) MR. GRANT FILED A CIVIL RIGHTS COMPLAINT AND AN ETHICS COMPLAINT WITH THE STATE OF ILLINOIS IN 2012.

26) MR. GRANT WAS RETALIATED AGAINST FOR FILING A CIVIL RIGHTS COMPLAINT AND AN ETHICS COMPLAINT WITH THE STATE OF ILLINOIS IN 2012.

27) MR. GRANT ENDURED A HOSTILE WORK ENVIRONMENT, WORK PRODUCTS BEING SABOTAGED, GEOGRAPHIC RELOCATION, A RESCINDED PROMOTION, AND BEING ASSIGNED JOB DUTIES BELOW MR. GRANT'S PAY GRADE.

28) THE RETALIATION CULMINATED IN THE ILLINOIS GOVERNOR'S OFFICE FAILING TO ADD MR. GRANT TO PAYROLL IN 2014, THE WRONGFUL DENIAL OF FEDERAL UNEMPLOYMENT BENEFITS, AND MR. GRANT BEING BLACKLISTED.

29) THE ACTIONS OF THE STATE OF ILLINOIS GAVE CAUSE FOR MR. GRANT TO APPEAR IN COURT.

30) AUSA GREGORY K. HARRIS RECRUITED (THEN ILCD U.S. ATTORNEY) RODGER A. HEATON TO CONDUCT ILLEGAL SURVEILLANCE OF MR. GRANT THROUGH CONDUCTING ILLEGAL INTERVIEWS WITH MR. GRANT'S FAMILY, PEERS, TEACHERS, CO-WORKERS, AND SUPERVISORS PERTAINING TO THE WORDS AND ACTIONS OF MR. GRANT.

31) AUSA GREGORY K. HARRIS RECRUITED NIVEESHA HILL TO ILLEGALLY SURVEIL MR. GRANT, AND TO REPORT HIS WORDS AND ACTIONS TO AUSA GREGORY K. HARRIS.

4

32) ALAN D. BRENTS AND LARISSA M. YOUNG SEXUALLY ASSAULTED MR. GRANT IN MR. GRANT IN 2003 AT THE DIRECTION OF AUSA GREGORY K. HARRIS.

33) ▬▬▬ THOMAS W. COATS AND JUSTIN CAJINDOS SEXUALLY ASSAULTED MR. GRANT IN 2014 AT THE DIRECTION OF AUSA GREGORY K. HARRIS.

34) WHILE EMPLOYED BY THE STATE OF ILLINOIS, MR. GRANT'S CO-WORKERS AND SUPERVISORS REPORTED MR. GRANT'S WORDS AND ACTIONS TO AUSA GREGORY K. HARRIS.

35) THE IL DEPT OF HUMAN RIGHTS; IL STATE POLICE; OFFICE OF EXECUTIVE INSPECTOR GENERAL (ILLINOIS); IL DEPT OF TRANSPORTATION; IL DEPT OF EMPLOYMENT SECURITY; IL AUDITOR GENERAL; IL ATTORNEY GENERAL; U.S. DEPT OF TRANSPORTATION; U.S. DEPT OF LABOR; U.S. DEPT OF JUSTICE; U.S. DEPT OF DEFENSE; U.S. EEOC; AND U.S. OFFICE OF SPECIAL COUNSEL HAVE FAILED TO INVESTIGATE.

36) DONALD RUMSFELD WAS AT AN AIRBASE ON 9/11, AND GAVE A "STAND DOWN" ORDER WITH THE CONSENT OF BUSH AND CHENEY.

37) DICK CHENEY MADE $100 MILLION FROM HIS HALLIBURTON STOCK DUE TO THE UNITED STATES OF AMERICA'S INVASION OF IRAQ.

38) HILLARY RODHAM CLINTON KILLED WHITE HOUSE COUNSEL VINCE FOSTER.

39) HILLARY RODHAM CLINTON LOBBIED FOR THE 1994 CRIME BILL IN EXCHANGE FOR FUTURE CAMPAIGN CONTRIBUTIONS FROM THE ▬▬▬ PRIVATE PRISON INDUSTRY.

40) HILLARY RODHAM CLINTON SENT AP AMBASSADOR J. CHRISTOPHER STEVENS TO BENGHAZI, LIBYA AS A SUICIDE MISSION TO PREVENT THE AMBASSADOR FROM RELEASING A REPORT ADVOCATING THE DIVERSION OF FUNDS FROM IRAN TO LIBYA.

41) THE CIA KILLED JOHN F. KENNEDY.

42) RICHARD M. DALEY KILLED CHICAGO MAYOR HAROLD LEE WASHINGTON.

43) RICHARD M. DALEY'S SALE OF CHICAGO'S PARKING METERS IS FRAUD.

44) JAMES R. THOMPSON ASSISTED RICHARD M. DALEY CONCEAL THE MURDER OF CHICAGO MAYOR HAROLD LEE WASHINGTON.

45) JAMES R. THOMPSON FAILED TO PROSECUTE RICHARD J. DALEY FOR ▉▉▉ PUBLIC CORRUPTION IN EXCHANGE FOR RICHARD J. ▉▉▉ DALEY SUPPRESSING THE DEMOCRATIC VOTE TO ALLOW JAMES R. THOMPSON TO BECOME GOVERNOR OF ILLINOIS AS A REPUBLICAN.

46) PHILIP MOUNTBATTEN ORDERED THE ASSASSINATION OF DIANA, PRINCESS OF WALES. THE BRITS NEED LOOK AT MI5 OR MI3.

47) BRUCE RAUNER BRIBED RAHM EMANUEL TO HIDE NATIONAL SECURITY REPORTS WHILE ▉▉▉ RAHM EMANUEL WORKED FOR THE CLINTON WHITE HOUSE.

48) BRUCE RAUNER ASSISTED RAHM EMANUEL IN MAKING $14 MILLION IN THREE YEARS UPON LEAVING THE CLINTON WHITE HOUSE. RAUNER WENT ON TO MAKE HUNDREDS OF MILLIONS OF DOLLARS THROUGH U.S. DEPT OF DEFENSE CONTRACTS.

49) THE HOUSE OF SAUD WAS COMPLICIT IN THE 9/11 TERRORIST ATTACKS.

50) THE CIA ENGINEERED THE ARAB SPRING.

51) ANITA ALVAREZ (▉▉▉ FORMER COOK COUNTY STATE'S ATTORNEY (ILLINOIS)) ENTERED INTO A CONSPIRACY TO ALLOW CHICAGO COPS TO SHOOT BLACK PEOPLE FOR SPORT WITHOUT FEAR OF CRIMINAL PROSECUTION.

52) THE ILLINOIS CENTRAL DISTRICT OF ▉▉▉ HAS NOT FOUND MR. GRANT'S ALLEGATIONS TO BE: 28 USC 1915(e)(2)(B)(i), 28 USC 1915(e)(2)(B)(ii), OR 28 USC 1915(e)(2)(B)(iii).



53) THIS ACTION MAY BE BROUGHT IN THE WESTERN DISTRICT OF VIRGINIA PURSUANT TO: 28 USC 1391(b)(3).

54) FEDERAL COURT HAS JURISDICTION PURSUANT TO: 28 USC 1346(b)(1).

55) THE ILND, ILSD, ILCD, CDCA, WDTX, NDTX, EDTX, MARYLAND, NEBRASKA, NDGA, EDNY, AND C.F.C. HAVE NOT FOUND MR. GRANT'S ALLEGATIONS TO BE: 28 USC 1915(e)(2)(B)(i), 28 USC 1915(e)(2)(B)(ii), OR 28 USC 1915(e)(2)(B)(iii).

56) THE 2d CIR., 4TH CIR., 5TH CIR., 7TH CIR., 8TH CIR., 11TH CIR., 9TH CIR., D.C. CIR., AND FED. CIR. HAVE NOT FOUND MR. GRANT'S ALLEGATIONS TO BE: 28 USC 1915(e)(2)(B)(i), 28 USC 1915(e)(2)(B)(ii), OR 28 USC 1915(e)(2)(B)(iii).

57) MR. GRANT HAS BEEN UNABLE TO PROCEED IN THE DISTRICT OF COLUMBIA.

58) DISTRICT OF COLUMBIA JUDGES: TANYA S. CHUTKAN (17-CV-1434-UNA); JAMES E. BOASBERG (18-CV-1162-UNA); RUDOLPH E. CONTRERAS (18-CV-1805-UNA AND 18-CV-1806-UNA); AND CHRISTOPHER R. COOPER (18-CV-1804-UNA) DID NOT FIND MR. GRANT'S ALLEGATIONS TO BE: 28 USC 1915(e)(2)(B)(i), 28 USC 1915(e)(2)(B)(ii), OR 28 USC 1915(e)(2)(B)(iii).

59) EASTERN DISTRICT OF VIRGINIA JUDGES: LEONIE M. BRINKEMA (18-CV-449); ANTHONY J. TRENGA (18-CV-543); LIAM O'GRADY (18-CV-1328); AND ROBERT E. PAYNE (18-CV-369) DID NOT FIND MR. GRANT'S ALLEGATIONS TO BE: 28 USC 1915(e)(2)(B)(i), 28 USC 1915(e)(2)(B)(ii), OR 28 USC 1915(e)(2)(B)(iii).

60) MR. GRANT HAS BEEN UNABLE TO PROCEED IN THE EDVA.

(61) DISTRICT OF MARYLAND JUDGES: GEORGE L. RUSSELL III (18-cv-1327) AND PAULA XINIS (18-cv-1705) DID NOT FIND MR. GRANT'S ALLEGATIONS TO BE: 28 USC 1915(e)(2)(B)(i),
28 USC 1915(e)(2)(B)(ii), OR
28 USC 1915(e)(2)(B)(iii).

(62) MR. GRANT HAS BEEN UNABLE TO PROCEED IN THE DISTRICT OF MARYLAND.

(63) MR. GRANT SEEKS $99 TRILLION IN COMPENSATORY DAMAGES.

WITNESSES
---

MICHAEL J. MADIGAN
JESSE WHITE
EMIL JONES
PATRICIA DAWSON
BARACK H. OBAMA

(64) LOUIS FARRAKHAN KILLED MALCOLM X.

(65) MARION "SUGE" KNIGHT KILLED CHRISTOPHER "BIGGIE SMALLS" WALLACE.

(66) MR. GRANT HAS A CLAIM UNDER U.S. CONST. AMEND IV; U.S. CONST. AMEND V; U.S. CONST. AMEND XIII; AND U.S. CONST. AMEND XIV.

*/s/ William Grant* 3/25/2019

WILLIAM GRANT
901 WYTHE ROAD
SPRINGFIELD, IL 62782
(217) 726-5269