FILED: August 22, 2019

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 19-1464 (L)
(6:19-cv-00013-NKM)
_____

WILLIAM LEE GRANT, II

    Plaintiff - Appellant

v.

GREGORY K. HARRIS, AUSA; JOINT CHIEFS OF STAFF

    Defendants - Appellees

_____

No. 19-1465
(6:19-cv-00016-NKM)
_____

WILLIAM LEE GRANT, II

    Plaintiff - Appellant

v.

GREGORY K. HARRIS, AUSA; JOINT CHIEFS OF STAFF

    Defendants - Appellees

---

No. 19-1466
(6:19-cv-00017-NKM)

---

WILLIAM LEE GRANT, II

 Plaintiff - Appellant

v.

GREGORY K. HARRIS, AUSA; JOINT CHIEFS OF STAFF

 Defendants - Appellees

---

J U D G M E N T

---

In accordance with the decision of this court, this appeal is dismissed.

This judgment shall take effect upon issuance of this court's mandate in accordance with Fed. R. App. P. 41.

 /s/ PATRICIA S. CONNOR, CLERK